**Exhibit A - Sample Works**

| Author | Title | Copyright Registration | Publisher |
|---|---|---|---|
| Goldstein, E. Bruce | Cognitive Psychology, 5th edition | TX0008655367 | Cengage |
| Mankiw, N. Gregory | Principles of Economics, 8th edition | TX0008385937 TX0008823855 | Cengage |
| Scali-Sheahan, Maura et al. | Milady Standard Barbering, 6th edition | TX0008324400 | Cengage |
| Sizer, Frances Slenklewicz et al. | Nutrition: Concepts and Controversies, 14th edition | TX0008293327 | Cengage |
| Stewart, James et al. | Calculus: Early Transcendentals, 9th edition | TX0008935153 | Cengage |
| Errani, Costantino et al. | "Monoclonality of multifocal epithelioid hemangioendothelioma of the liver by analysis of WWTR1-CAMTA1 breakpoints," *Cancer Genetics* , Volume 205, Issues 1–2 (2012) | TX0007517396 | Elsevier |
| Liu, Man-Hai et al. | "Icariin protects murine chondrocytes from lipopolysaccharide-induced inflammatory responses and extracellular matrix degradation," *Nutrition Research* , Volume 30, Issue 1 (2010) | TX0007225144 | Elsevier |
| Smith, C.U.M. | "The 'hard problem' and the quantum physicists. Part 2: Modern times," *Brain and Cognition* , Volume 71, Issue 2 (2009) | TX0007125609 | Elsevier |
| Venturino, Luca et al. | "Adjustable Continence Balloons in Men: Adjustments Do Not Translate Into Long-term Continence," *Urology* , Volume 85, Issue 6 (2015) | TX0008182097 | Elsevier |
| Zhu, Andrew X. | "Molecularly Targeted Therapy for Advanced Hepatocellular Carcinoma in 2012: Current Status and Future Perspectives," *Seminars in Oncology* , Volume 39, Issue 4 (2012) | TX0008481820 | Elsevier |
| Brown, Peter | The Wild Robot | TX0008335058 | Hachette |
| Jemisin, N.K. | The Fifth Season | TX0008199069 | Hachette |
| Lomax, Becky | Moon Glacier National Park, 6th edition | TX0008415514 | Hachette |
| Snicket, Lemony | "Who Could That Be at This Hour?" | TX0007615258 | Hachette |
| Turow, Scott | Innocent | TX0007192030 | Hachette |
| Turow, Scott | Presumed Innocent | TX0002110794 | Hachette |
| Turow, Scott | Testimony | TX0008447808 | Hachette |