WILSON SONSINI

Wilson Sonsini Goodrich & Rosati
Professional Corporation

95 S State Street
Suite 1000
Salt Lake City, Utah 84111

O: 801.401.8510
f. 866.974.7329

PAUL J. SAMPSON
Email: PSAMPSON@wsgr.com
Direct: (801) 401-8541

September 1, 2026

**VIA CM/ECF**

Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

**Re: *Hachette Book Group, Inc. et al v. Google LLC*, No. 1:26-cv-05870-LAP: Request for Extension of Time to Respond to the Complaint**

Your Honor:

Pursuant to Rule 1.E of Your Honor's Individual Practices, Defendant Google LLC ("Google") respectfully requests an extension of time, from September 21, 2026, through October 29, 2026, for Google to respond to the Complaint in this action. Plaintiffs' counsel have consented to this requested extension of time in light of Google's pending requests to transfer and stay this case. *See* Dkt. No. 31 ("Plaintiffs have agreed, subject to Your Honor's approval, to extend Google's Rule 12 deadline to October 29, 2026."). Those requests are set for hearing on October 8, 2026, and will determine where and how this case proceeds further. Dkt. Nos. 21, 28, 30.

Plaintiffs served Google on July 15, 2026. Google previously sought and received one extension of time to respond to the Complaint, from August 5, 2026 through September 21, 2026. Dkt. Nos. 15, 17.

**Privileged & Confidential / AWP**

WILSON
SONSINI



Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/*Paul J. Sampson*
Paul J. Sampson (admitted *pro hac vice*)
psampson@wsgr.com

*Counsel for Defendant Google LLC*

cc: All counsel of record (via CM/ECF)

**SO ORDERED.**

Loretta A. Preska
Senior United States District Judge

September 3, 2026