SJG
STRANCH, JENNINGS & GARVEY
PLLC

August 31, 2026

**VIA CM/ECF**

Hon. Loretta A. Preska, U.S.D.J.
U.S.D.C. for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

**Re: *Hachette Book Group, Inc., et al. v. Google LLC*, No. 1:26-cv-05870-LAP**

Dear Judge Preska:

I am co-lead counsel in *In re Google Generative AI Copyright Litigation*, No. 5:23-cv-03440-EKL (N.D. Cal.), pending before Judge Eumi K. Lee in the Northern District of California. In that action, we represent beneficial holders of copyrights whose works were used by Google without authorization in the development of its AI models, including Gemini. That matter has been pending since July 11, 2023. Currently, the matter is stayed pending the Court's imminent ruling on Plaintiffs' Motion for Class Certification. This is a matter in which the plaintiffs in your action, Hachette and Cengage, previously moved to intervene. Those plaintiffs then withdrew that motion after filing the action pending before you.

I write to ask if it would be possible for the Court to provide remote access to the upcoming hearing on October 8, 2026 to allow all co-lead counsel to listen in to the hearing. We do not intend to participate.

Respectfully submitted,

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Lesley E. Weaver*
Lesley E. Weaver
1111 Broadway, Suite 300

Oakland, California 94607
Tel. (341) 217-0550
lweaver@stranchlaw.com

Gregory S. Mullens
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel. (341) 217-0550
gmullens@stranchlaw.com

*Counsel for Interested Party Plaintiffs Steve Almond, Sarah Andersen, Burl Barer, Jessica Fink, Hope Larson, Jill Leovy, Connie McLennan, and Jingna Zhang*

The Court will permit counsel for the interested parties to listen to the conference via telephone. In line with this District's rules, counsel shall not record or otherwise broadcast the proceeding in any way.

Counsel shall contact Chambers by email one day prior to the conference and provide telephone numbers for each attendee.

**SO ORDERED.**

Loretta A. Preska

Loretta A. Preska
Senior United States District Judge

September 8, 2026