# KELLER ROHRBACK L.L.P.

DEREK W. LOESER
(206) 224-7562
DLOESER@KELLERROHRBACK.COM

November 3, 2026

**VIA CM/ECF**

Hon. Loretta A. Preska
U.S. District Court for the Southern
District of New York
500 Pearl Street, Room 2220
New York, NY 10007

Re: *Hachette Book Grp., Inc. v. Google LLC*, No. 26-cv-05870-LAP

Dear Judge Preska:

In accordance with Rule 1.E of Your Honor's Individual Practices, Plaintiffs write on behalf of both parties to request a 14-day extension of Plaintiffs' time to file an opposition to Defendant's motion to dismiss (ECF 49), and a 7-day extension of time for Defendant to file a reply in support of its motion to dismiss.

Defendant's motion to dismiss was filed October 29, 2026. Currently, therefore, Plaintiffs' opposition is due November 12, 2026 and Defendant's reply is due November 19. *See* Local Civ. R. 6.1(b)(2), (3). With the proposed extensions and accounting for holidays, Plaintiffs' opposition would be due November 30 and Defendant's reply would be due December 14.

This is the first extension that Plaintiffs have sought. Defendant previously sought two extensions to respond to the Complaint, both of which were granted with Plaintiffs' consent. (ECF 17, 35.)

All parties consent to these requests.

Sincerely,

*/s/ Derek W. Loeser*

Derek W. Loeser